IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RENAUD VILJEAN,**

        **Plaintiff,**

v.                                    **CASE NO.  4:14-cv-209-MW/CAS**

**CAROLYN W/ COLVIN,**
**(Acting) Commissioner of**
**Social Security,**

        **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed April 29, 2014.    Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  This cause is **TRANSFERRED** to the United States District Court, Southern District of Florida, West Palm Beach Division, for all further

1

proceedings, including ruling on the motion for *in forma pauperis*. The Clerk shall close the file.

**SO ORDERED on May 29, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
